UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. ELIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY MARTIN, et al.,<br><br>    Defendants. | No. 2:22-cv-00702-DAD-EFB PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 8) |

Plaintiff Christopher R. Elia is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2022, the assigned magistrate judge issued findings and recommendations, recommending dismissal of this action without prejudice due to plaintiff's failure to prosecute. (Doc. No. 8.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) No objections have been filed, and the time to do so has since passed.

It appears from the docket that the copy of the findings and recommendations mailed to plaintiff was returned as undeliverable. However, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to

1  Local Rule 182(f), service of documents at the record address of the party is fully effective.

2      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
3  court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the
4  court finds the findings and recommendations to be supported by the record and proper analysis.

5      Accordingly,

6      1.    The findings and recommendations issued on July 28, 2022 (Doc. No. 8) are
7      adopted in full;

8      2.    This action is dismissed without prejudice; and

9      3.    The Clerk of Court is directed to close this case.

10      IT IS SO ORDERED.

11      Dated:   **September 5, 2022**

12      UNITED STATES DISTRICT JUDGE